# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re: KEITH W. REINTS & DAWN A. REINTS    Case Number: 04-70856
407 E. HITT STREET    SSN-xxx-xx-1339 & xxx-xx-2184
MOUNT MORRIS, IL  61054

Case filed on: 2/19/2004
Plan Confirmed on: 4/9/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $68,727.20    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | GMAC MORTGAGE CORPORATION | 0.00 | 0.00 | 34,768.20 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 34,768.20 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,600.00 | 2,600.00 | 2,600.00 | 0.00 |
|  | Total Legal | 2,600.00 | 2,600.00 | 2,600.00 | 0.00 |
| 999 | KEITH W. REINTS | 0.00 | 0.00 | 28.44 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 28.44 | 0.00 |
| 001 | AMCORE BANK | 4,070.00 | 4,070.00 | 4,070.00 | 330.71 |
| 003 | GMAC MORTGAGE CORPORATION | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
|  | Total Secured | 7,070.00 | 7,070.00 | 7,070.00 | 330.71 |
| 001 | AMCORE BANK | 3,177.61 | 1,368.60 | 1,368.60 | 0.00 |
| 004 | ASPIRE VISA | 1,672.43 | 720.32 | 720.32 | 0.00 |
| 005 | ROUNDUP FUNDING LLC | 9,648.56 | 4,155.63 | 4,155.63 | 0.00 |
| 006 | ECAST SETTLEMENT CORP. | 456.68 | 196.69 | 196.69 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 2,477.65 | 1,067.12 | 1,067.12 | 0.00 |
| 008 | DISCOVER FINANCIAL SERVICES | 10,590.40 | 4,561.29 | 4,561.29 | 0.00 |
| 009 | FIRST EXPRESS | 562.43 | 242.24 | 242.24 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 8,169.34 | 3,518.53 | 3,518.53 | 0.00 |
| 011 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 631.04 | 271.79 | 271.79 | 0.00 |
| 013 | KATHERINE SHAW BETHEA HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CREDITORS BANKRUPTCY SERVICE | 293.63 | 126.47 | 126.47 | 0.00 |
| 015 | ILLINOIS STUDENT ASSISTANCE COMM | 7,626.88 | 3,284.90 | 3,284.90 | 0.00 |
| 016 | WAL-MART | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 4,987.02 | 2,147.91 | 2,147.91 | 0.00 |
|  | Total Unsecured | 50,293.67 | 21,661.49 | 21,661.49 | 0.00 |
|  | Grand Total: | 59,963.67 | 31,331.49 | 66,128.13 | 330.71 |

Total Paid Claimant:    $66,458.84
Trustee Allowance:      $2,268.36
Percent Paid Unsecured:    100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008    By  /s/Heather M. Fagan